## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TRACY WITHERSPOON                                                                         PLAINTIFF

V.                              NO. 1:14CV00042 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## **ORDER**

The Commissioner's Unopposed Motion to Remand (*doc. 12*) is GRANTED. This is a remand pursuant to "sentence four" of 42 U.S.C. § 405(g).

Dated this 13th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE