# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TRACY WITHERSPOON                                                                    PLAINTIFF

V.                              NO. 1:14CV00042 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 13th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE